# EXHIBIT 1

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CIVIL ACTION SUMMONS (b) | CASE NUMBER |
|---|---|---|---|
| ☒ CIVIL | | **Form for Personal Services on a** | |
| ☐ DISTRICTS | | **Natural Person** | 25023625CA01 |
| ☐ OTHERS | | | |

| PLAINTIFF(S) | VS | DEFENDANT(S) |
|---|---|---|
| RODRIGUE PIERRE | | IRON MOUNTAIN CORPORATION |

SERVED IN
DATE 1/15/25
TIME 11:40 AM
BY ___
BADGE # 60016
MIAMI-DADE POLICE DEPARTMENT
OFFICE OF THE
COURT SERVICES BUREAU
MIAMI-DADE COUNTY, FLORIDA

**THE STATE OF FLORIDA:**TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): | Address: |
|---|---|
| IRON MOUNTAIN CORPORATION | 12630 - 12646 NW 115TH AVE MEDLEY FLORIDA 33178 |

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

### MIAMI-DADE COUNTY COURT LOCATIONS

| ☒ TONS Justice Center Central Court (05) Room 6.240 20 NW 1st Ave Miami, FL 33128 | ☐ Joseph Caleb Center Court (20) Suite 103 5400 N.W. 22nd Avenue Miami, FL 33142 | ☐ Hialeah District Court (21) Room 100 11 East 6th Street Hialeah, FL 33010 | ☐ North Dade Justice Center (23) Room 100 15555 Biscayne Blvd. North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ Coral Gables District Court (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, Miami, FL 33134 | ☐ South Dade Justice Center (26) Room 1200 10710 SW 211 Street Miami, FL 33189 | | SERVICE |

| Plaintiff/Plaintiff Attorney | Address: |
|---|---|
| Florida Bar No. | 170 NE 2ND ST UNIT 431 BOCA RATON FLORIDA 33429 |

| JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT AND COMPTROLLER MIAMI-DADE COUNTY CIRCUIT AND COUNTY COURTS | **MELVIN FERGUSON** DEPUTY CLERK | DATE ON: DEC 2 2 2025 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ DISTRICTS<br>☐ OTHERS | **CIVIL ACTION SUMMONS (b)**<br>**Form for Personal Services on a**<br>**Natural Person** | CASE NUMBER |
|---|---|---|
| PLAINTIFF(S) | VS   DEFENDANT(S) | CLOCK IN |

THE STATE OF FLORIDA:TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): | Address: |
|---|---|

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

#### MIAMI-DADE COUNTY COURT LOCATIONS

☐ **ONS Justice Center Central Court** (05)
Room 6.240
20 NW 1st Ave
Miami, FL 33128

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Miami, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

**SERVICE**

| Plaintiff/Plaintiff Attorney<br><br>Florida Bar No. | Address: |
|---|---|

| **JUAN FERNANDEZ-BARQUIN**<br>**CLERK OF THE COURT AND COMPTROLLER**<br>**MIAMI-DADE COUNTY**<br>**CIRCUIT AND COUNTY COURTS** | | DATE ON: |
|---|---|---|
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS.  DEMANDADO(S) | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s): | A Demandado(s): |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentará ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

☐ **ONS Justice Center Central Court** (05)
Room 6.240
20 NW 1st Ave
Miami, FL 33128

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

| SERVICIO |
|---|

| Demandante o Abogado del Demandante: | Dirección: | |
|---|---|---|
| Número del Colegio de Abogados: | | |
| **JUAN FERNANDEZ-BARQUIN**<br>**Secretario del Tribunal y**<br>**Contralor** | COMO SECRETARIO ADJUNTO | FECHA |

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON ☐ CIVILE ☐ DISTRICT ☐ AUTRE | CONVOCARION D' ACTION CIVILE (b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO |
|---|---|---|
| PLAINTE (S) | VS.   CONTRE ACCUSE(S) | HEURE IN |

**L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S): | A (AUX) ACCUSE(S): |
|---|---|

<u>**IMPORTANT**</u>

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

☐ **ONS Justice Center Central Court** (05)
Room 6.240
20 N.W. 1st Ave
Miami, FL 33128

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

| UN SERVICE |
|---|

| Plainte/Avocat du Plainte

Numero de barreau de la Floride: | Adresse : |
|---|---|

| **JUAN FERNANDEZ-BARQUIN** Greffier du Tribunal et Contrôleur | DATE: |
|---|---|

COMME GREFFIER ADJOINT

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

" Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA
☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON | KONVOKASYON POU KA SIVIL | NIMEWO KA |
|---|---|---|
| ☐ SIVIL  ☐ DISTRI  ☐ LÒT | (b) DELIVRE PERSONELMAN BAY YON MOUN | |
| PLENTIF (S)          VS.   KONT AKIZE(S) | | LE |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE: | ADRES:: |
|---|---|

### ENPOTAN

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ekri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ekri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou.. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponse pa ekri oumenm, ou suppose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

☐ **ONS Justice Center Central Court** (05)
Room 6.240
20 NW 1ˢᵗ Ave
Miami, FL 33128

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

UN SERVICE

| Plainte/Avocat du Plainte | Nimewo manm avoka a. | |
|---|---|---|
| Numero de barreau de la Floride: | Address: | |
| **JUAN FERNANDEZ-BARQUIN** Grefye Tribinal la ak Kontwolè | | DATE: |
| | SEKRETE | |

### LWA 1990 POU AMERIKEN KI ENFIM
### ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

IN THE CIRCUIT OF THE ELEVENTH JUDICIAL CIRCUIT,

IN AND FOR MIAMI DADE COUNTY, FLORIDA

25 0 2 3 0 2 5 CA 0 1

CA - 31

$401.⁰⁰

**RODRIGUE A. PIERRE**

Plaintiff,

**IRON MOUNTAIN CORPORATION**

Defendants

/

## COMPLAINT AND DEMAND FOR TRIAL

Plaintiff, **RODRIGUE A. PIERRE** brings this civil action for damages, civil penalties, injunctive, and other statutory relief under the Florida Discrimination Civil Rights Act, Chapter (760.01-760.10 )Florida Statutes (760.10) , Iron mountain corporation  via is manager on site willfully intentionally  discriminated  against me based on my ethnicity national of origin, and breached  contract/ promise LEAD DRIVER function that we  agreed , and rely on intentionally discriminate against me  in profit of other group ethnic selectively choose over me  based on their first speaking languages Spanish to earn more than me choose  to  inflict  unequal treatment  used his power to do corporate malfeasance  because  of my ETHNIC ORIGIN instead of MERITOCRACY ,on 08/15/2025 retaliate against me  terminated my employment falsely stated had schedule to work  on 08/14/2025 but no show DESPITE THE FACTS EVIDENCE  DAY OFF HAS BEEN APPROVED  manager  retaliate against me  because , I attire his attention  of the contract/promise due to so many blatantly intentional willful unequal treatment  outlined  benefits , responsibilities that entailed with the function  Lead Driver promise and expectations that Iron mountain corporation , and Myself agreed on stipulated in contract/promise

I, Rodrigue A. Pierre Plaintiff brings this claim for discrimination of national of origin based on my ethnicity, and retaliation against IRON MOUNTAIN CORPORATION under the Florida Civil Rights Act, et.seq Fla.Stat. (§ 760 .01 760,.10 (FCRA) and Private Whistleblower Act § 448.101-04 448.102(FPWA) ,and under 42 U.S.C 1981, as amended ("Section 1981"), Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000e et.seq,.Plaintiff seeks remedies compensatory damages for emotional distress ,physical injury adversely impacted because of unequal treatment worked scant hours intended designed by manager malevolently deprive me the RIGHTS to potentially earn substantially in accordance stipulated in the contract/promise benefits, and responsibilities that we
agreed

## INTRODUCTION

1From the moment, I accepted the offer as a Lead Driver with Iron Mountain Corporation, I expected the promise that Iron Mountain corporation made to me that comes in the form of compensation, and other incentives that associated with due to the nature of the job to be faithfully executed abide by the LAWS of the STATE OF FLORIDA ,and other LAWFULL LAWS that PROHIBIT EMPLOYMENT DISCRIMINATION that we mutually agreed on all would be based on MERITOCRACY , I delivered on that promise in all fronts accordingly started from day one on the job hold myself to the highest sense of HONESTY, proven CAPABILITIES passing all the training materials required by company policy successfully under the supervision of manager and , LAWS of the STATE requirement as a DRIVER before heading to the road budgeted myself rely on the promise accordingly aware of the pros, and cons due to the nature of the job ,that means some days hours can be extremely long on the road somedays may not as it entirely based on the demand, and quantities of customers that need services from the company

2 My professional abilities, and aptitude has been utmost from day one ,I abandoned prospects opportunities with other employer that had big interest on me to join them by witnessed my performance while worked with through temporary staffing agency same staffing agency that referred me to Iron mountain ,however due to the fact around then formally accepted offer from Iron mountain choose to stick with believed then MERITOCRACY would be the MODUS OPERANDI believed my APTITUDES ,AND SKILLS would help me in the long run laddering up with the company ,but it turned out to be the opposite manager concocted ill to oust me broke promise retaliate against for speaking out against his discriminatory practices that impeded my capacity to earn in accordance with the contract job hired for , manager willfully selectively choose others based on their first ETHNIC speaking language Spanish hired as HELPER not DRIVER and MOST DOESN'T speak ENGLISH , and CUSTOMERS ENGLISH IS THE PRIMARY LANGUAGE THEY USED EVEN IF THEY SPEAK OTHER LANGUAGES

3 I completed all computer training required by Iron mountain successfully that could've been completed in a one day period eight max (8) hours shift, or so (HR) estimated to such figure aware of the training material content ,and all other requirement has been successfully completed manager had me taken the training in a piece meal mode fashion few hours per day and sent me home had me working with another helper in the warehouse that is main function hired for workload so thin impossible to reach five hours majority of time barely made it to 4 hours ,at the meantime instead of sending me on the field with other drivers reasonably speaking to have practice manager sent other selectively choose based on their first Ethnic language helpers that wasn't hired as DRIVER but helper manager choose to do so knowingly fully of the capacity of working at least 8 hours possibly more and the potentiality of tips often CUSTOMERS made as the DRIVER position is a customer service job CUSSTOMERS TENDED TO TIP while myself hired as a lead driver successfully completed all company requirement but barely go out in the field to acquire real live experience while helpers every day on the road ,and majority of doesn't speak English at all ,and the ones a small number that speak English worked so long hours felt overwhelmed occasionally had to request time off ,or cut hours short when had to work in main function hired for in the warehouse , while myself the Lead Driver hired for remained isolated .FACTS/EVIDENCE to be shown during trial TRUTHFULLY FOR THE RECORD proving egregious misconduct that manager willfully opted to operate IN MALFEASANCE completed disregard of the LAWS ,and to make matter worst enhance it further to prove if your first Ethnic language isn't Spanish doesn't have any possibility to earn ,a new Hire that has just started not only received adequate time to complete computer training in a short period of time accumulated ample hours on the road with other drivers to experience field day works despite the FACTS he COULDN'T EVEN PASS THE REQUIRED TRAINING IN HIS OWN NATIVE LANGUAGE HAD TO ASK MANAGER HOW TO ,HOWEVER THAT WASN'T AN ISSUE AT ALL AS A NEW HIRE HAD THE OPPORTUNITY TO START EARNING MORE HOURS ,AND OTHER HELPERS MOST DOESN'T SPEAK ENGLISH AT ALL manager deliberately breached the PROMISE CONTRACT THAT AGREED ON THAT .I FULLY RELY ON to earn IN MERITOCRACY IN ACCORDANCE WITH THE OFFER THAT I ACCEPTED PROMISE made to me manager opted for CORPORATE MALFEASANCE in profit of others based on their first ETHNIC language ORIGIN speaking Spanish ,I made the decision not to join other potential opportunities that express interest to pursue with Iron mountain with the thought their promise are genuine ,and sincere spent many hours performed work under the contract performed all obligations under their agreement . MANAGER willful actions in profit of others selectively base on their first ETHNIC LANGUAGES SPEAKING SPANISH DETRIMENT TO ME caused damage distress emotionally ,and physically injured my finger while in the warehouse retaliate against terminate my employment through false claims after speaking out against illegal actions EXHIBITS(A) attached: Communication work duties, (B) State medical Driver certificate

4

The defendant willfully opted to discriminate against me intentionally by unilaterally select others based on their Ethnic language of origin speaking Spanish deliberately disregard all FACTS cores of MERITOCRACY deliberately ignored the FACT promise that , I was hired precisely to be a Lead Driver that encompassed all benefits responsibilities associated with the function/position that ,I reasonably rely on the promisor promise made to me, and vying to foreseeable plan mutually benefits both promisor &promisee advancing cores causes together, as a promisee/plaintiff doing my part performed satisfactorily delivered to the best of my abilities while promisor/defendant stick to promise ,but manager cut that promise short from the outset impeded all feasible paths that rely on MERITOCRACY worsened it retaliate against terminate my employment after speaking out of his illegal selective ethnic language discriminatory patterns falsely stated schedule to work no show, but FOR THE TRUTH AND THE RECORD DAYS OFF HAS BEEN APPROVED BY MANAGER ,HIMSELF SHOW ME HOW TO FIND IT AND TO REQUEST IT

## THE PARTIES

5

Plaintiff, Mr. Rodrigue A. Pierre I'm a citizen of United States of America a resident of Florida Plaintiff had been employed by Iron Mountain Corporation as a full-time employee Lead Driver in 2025 ,I been unjustly terminated in an illegal fashion based on my national origin ethnic Language IRON MOUNTAIN CORPORATION through is manager retaliated against me terminated employment precisely on 15TH August 2025 ,Plaintiff ,protected by the Title VII 1981,and FCRA because :

- a. I'm a male African American Race and Ancestry
- b. I'm Haitian of national origin
- c. I suffered discrimination because of my national origin ethnic language
- d. I engaged in protected activity by objecting to IRON MOUNTAIN CCORPORATION unlawful behavior pattern and adverse employment actions
- e. As a result of my objection to the illegal discrimination I faced, IRON MOUNTAIN CORPORATION retaliate against because I objected their illegal discriminative patterns willfully terminated my employment

Defendant Iron Mountain corporation is a private company engaged in various businesses

- Providing consumers storage and moving services through clutter
- Bulk paper shredding
- Asset lifecycle management (ALM)
- Compass record clean up

- Data center decommissioning
- Data centers secure colocation solutions for cloud &AI infrastructure
- Data security compliance and security
- ALM certifications and standards
- And many more other services and products

Is registered in the State of Florida Document Number: 552650 **Entity Name:** IRON MOUNTAIN CORPORATION Name and Address of Current Registered Agent **EISENBERG , L 3775 N.W. 36TH STREET MIAMI ,FL 33412** US operated in many States Florida is one of the States that have operations with corporate headquarters addresses in Boston ,MA ,and Portsmouth, NH 1 Federal Street Boston MA,02110 and 85 New Hampshire Ave ,Ste 150 Portsmouth NH,03801]

**6 IRON MOUNTAIN CORPORATION RETALLIATORY CONDUCT AFTER I SPEAK OUT AGAISNT THEIR UNLAWFULL HURTFULL BEHAVIOR**

Manager retaliate against me after speaking out of his selectively patterns that willfully intentionally discriminate based on ethnic languages instead of meritocracy right after that manager canceled a work day that was schedule to work which would had giving me more hours concocted ill falsely stated was schedule to work didn't show terminate employment fully aware ,I won't have access to the work network app that showed works schedule and time off to show that both days were approved in accordance with time earned that himself made me aware of (16) hours paid time off that he approved Sunday ,and the !4th that he referred in his termination letter the retaliatory conduct actions represented a willful acts ignored Florida Private Whistleblower Act ,Fla.Stat § 448.101-04 disregarded my CONTISTUTIONAL RIGHTS that enshrines in me the RIGHTS to speak against malfeasance that intentionally intended against me the letter of termination that he wrote clearly proved how willfully intended deliberately made the decision switched title function position that ,I was hired for opted not to honor the promise contract offer that made to me that ,I rely on agreed to join Iron mountain corporation on that formal acceptance letter ,the willful intent of manager is clear on that termination letter compared with formal letter offer promise that ,I accepted the offer what the title function was and agreed on ,however manager opted otherwise assigned me in other function/ position that wasn't hired for kept me out performing function position that Iron mountain formally hired promise me , his illegal selective ethnic language ill approach intention so palpable in his termination letter v letter of acceptance to compare to any fair impartial sight

**Blocking Access to Network Work Schedule/Approved Days Off**

Based on discriminatory and retaliatory motives IRON MOUNTAIN CORPORATION superior staff members didn't take any actions to stop ill ,I had the opportunity to interact with some higher up visiting facility Director of Operations noticed in a two days period aware of all staff members role and function , ME a Lead driver working in the warehouse while majority of the crew staff members that identified themselves as HELPERS were not , and a new hire driver that just started is already on route exploring fields , as the head of operations logically speaking Director of Operations must have knowledge of roles and quantities of staff crewmembers those unfortunate events so painful to digest the thought of is a depressive feeling distress tormented by that such ill can be made in plain sight ,and no one care manager willfully operated in illegal selectively approach based on national origin ethnic languages even in the presence of higher up ,such didn't deter him to stop ,or at least pause a bit apparently he knew higher up executive presence ,or not doesn't make a difference he can operate in corporate malfeasance as he see fit

## CAUSE OF ACTION

———————————————————

### 42 U.S. C . § 1981, Discrimination

Plaintiff reincorporated and readopts all allegations contained above Defendants deliberately ignored willfully the State of Florida and Federal LAWS that prohibited employment discrimination based on national origin ethnic falsely accused me blocked access to the network that could provide FACTS himself approved Both days, but retaliate against because ,I pushed back against his malevolent illegal operations that based on my national origin ethnic terminated my employment a violation of the Civil Rights Act of 1866,42 U.S. C § 1981.181 Defendants subjected me to a pattern of discriminatory behavior upon my ethnicity, and substantially assisted, encouraged, condoned and failed to remedy the discrimination, Director of operations observed the egregious behavior of manager aware of function that ,I was hired for higher up aware of crew staff members roles/function higher up had all the opportunity to stop the egregious selective illegal approach manager operated on national ethnic language that didn't happen despite the FACTS Director of Operations had the opportunity to observe and interact in the warehouse facility oversight more than one day, Defendants intentionally discriminate against me because of my national origin ethnic language higher up could have rectified the ill hurtful unlawful selective ethnic approach but didn't the unlawful conduct was engaged in and ratified by managers of Iron Mountain Corporation committed these alleged acts maliciously and oppressively in conscious disregard for my RIGHTS .Plaintiff request all appropriate relief under Section 1981 including, compensatory damages

### 42 U.S. C. § 1981, Retaliation

Plaintiff reincorporates and readopts all allegations contained above Defendants retaliated against me, because I engaged in protected activities by rejecting their illegal unlawful hurtful selectively ethnic approach and false accusation of schedule to work but no show discriminate against me because of my national origin ethnic language Defendants knew or should know of the discrimination .Defendants actions, through its managers as more particularly alleged above ,violated my rights against retaliation ,implicitly proscribed by § 1981, for opposing what ,I reasonably believed to be discrimination on my national origin ethnicity defendants felt didn't have the RIGHTS to question their ill illegal selective hurtful approach that based on national origin ethnic language they choose to operate deliberately willfully disregarded LAWS of the State and Federal that prohibited the practices of employment based on national origin ethnic instead of MERITOCRACY Defendants retaliated against me terminated employment defendants retaliatory conduct was the direct and proximate result of my protected activities defendants conduct was willful and wanton and performed with malice or reckless indifference to my statutory rights ,Plaintiff requests all appropriate relief under section 1981 including back pay, front pay, compensatory damages ,punitive ,damages

### Title VII of the Civil Rights Act of 1964, 42 U. S. § 2000e et seq (" Title VII")

### Race , Gender , and National Origin Discrimination

Plaintiff reincorporates and readopts all allegations contained above Iron mountain corporation is an employer within the definition of Title VII Iron mountain corporation employs many employees annually ,I am employee of Iron mountain corporation as defined by Title VII

Defendants are my employer within the meaning of the Title VII. As my employer ,they subjected to a pattern of discriminatory behavior based upon , my national origin  ethnic ,and race and substantially assisted, encouraged ,condoned, and failed to remedy continued discrimination  defendants intentionally discriminated against me based on my national origin ethnic , and my race by ignored deliberately and willfully  lawful employment practices  that higher up reiterated the ill , by not intervene to  rectify  the ill selective ethnic illegal approach observed/witnessed  while present in workforce facility

Defendants discriminatory actions have and continue to cause me to suffer damages including but not limited to ,lost earnings, lost, benefits, and other financial losses as well as  humiliation, emotional and mental distress, physical injury ,and the complete destruction of my honest professional reputation  Plaintiff  requests all appropriate relief under Title VII including back pay ,front pay, compensatory damages, punitive damages, fees and cost

## Title VII, Retaliation

Plaintiff reincorporates and readopts all allegations contained above
Defendants retaliate against I engaged in protected activities by  rejecting their ill illegal approach based on national origin ethnic language selectively  ,while recognized is in their right if they choose to discontinue the at will employment contract they can do so, but their illegal selective national origin ethnic language approach   , untruth accusation of schedule to work no show shouldn't be part of the reason

Defendants knew or should have known of the discrimination
Defendants retaliatory conduct was the direct and proximate result my protected activities
Plaintiff requests all appropriate relief under Title VII including compensatory damages, punitive damages ,fees and costs

### Florida Civil Rights Act of 1992, Fla. Stat. § 760 et seq; Discrimination

Plaintiff reincorporates and readopts all allegations contained is a protected class under the FCRA .219. Defendants discriminated against me with respect to compensation ,terms conditions ,and privileges of my employment because of my national origin ethnic race in violation of the FCRA .The unlawful conduct was engaged in and ratified by supervisors and managers of Iron mountain corporation ,who acted at all relevant times within the scope and course of their employment ,Defendants committed the acts herein alleged maliciously and oppressively in conscious disregard of my rights

Plaintiff requests all appropriate relief under the FCRA including back pay ,front pay, compensatory damages ,punitive damages ,fees and coats

### FCRA , Retaliation

Plaintiff reincorporates and readopts all allegations contained above

I am a member of a protected class under the FCRA. 223 . Defendants retaliated against me falsely accused me schedule to work no show , because I engaged in protected activities rejected their ill selective illegal approach based on national origin language ethnicity instead of MERITOCRACY

Defendants subjected to adverse actions impede my ability to earn terminated employment contract tarnished my stellar honest reputation

Defendants retaliatory conduct was the direct and proximate result of my protected rights rejected their ill selective illegal national origin ethnic language approach

Defendants conduct was willful and in disregard of my rights to engage in legally protected activities Defendants conduct was willful and wanton and performed with malice or with recklessness indifference to my statutory rights Plaintiff requests all appropriate relief under the FCRA including back pay ,front pay, compensatory damages ,punitive fees and costs

### Florida's Private Whistleblower's Act ,Fla. Stat. §§ 448.101-104, Retaliation

Plaintiff reincorporates and readopts all allegations contained within above. At all relevant times material, Defendants were corporations that employed 10 or more persons and ,accordingly, were " employees " as defined by the FPWA .At all relevant times ,I was a person who performed services for and under the control and direction of Defendants for wages or other renumeration and ,accordingly ,was an "employee" as defined by the FPWA.As a result of such retaliatory actions, My employment has been terminated  Plaintiff requests all appropriate relief under the FPWA including compensatory damages .  punitive damages, fees and costs

### PRAYER FOR RELIEF

Defendants discriminatory actions have and continue to cause me to suffer damages including but not limited to ,lost earnings ,lost benefits, and other financial losses ,as well as humiliation, emotional and mental distress, physical injury, and the destruction of my honest stellar professional reputation .I am entitled to damages in an amount to be determined at trial. Defendants performed the acts herein  alleged with malice , reckless indifference ,oppression , and willful disregard of my legal rights .I am is thus entitled to recover punitive damages and/or liquidated damages in an amount according to proof. Wherefore, plaintiff requests the following relief: a. Acceptance of jurisdiction of this case ; b. A declaratory judgment that the alleged practices are unlawful and violate, among other laws ,42 U.S C. § 1981;42 U.S.C. § 2000(e) et seq., 29 U. S.C. §§ 2601, et seq ; Fla. Stat. § 760 et seq; and Fla.Stat §§ 448.101 et.seq.

## DEMAND FOR TRIAL

Plaintiff demands a trial by jury of all issues triable of right to a jury

Respectfully submitted

Pro se , Rodrigue A. Pierre

170 Ne 2nd st unit : 431

Boca Raton FL, 33429



5:52    1 of 1

Mitchel

Left @ 4:00 PM

Hey Mitchel I clocked out by accident in my break time instead of break I clocked out

Hi Mitchel I'm at the front door can you open for me please

Mitchel where I'm working today

Warehouse with Octavio

Mitchel I believed you doing best knowing what best but if you keep having me working here how gonna be efficient in the road to know the job to practice

Rod, I make a plan depending on the company's needs. Today I need two people in the warehouse and the ones assigned to the route are enough. Being efficient on the road is a conversation we'll have another time.

Ok that's fine you do as you please

Form MCSA-5876

OMB No. 2126-0006   Expiration Date: 03/31/2026

**Public Burden Statement**
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately one minute per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, 1200 New Jersey Avenue, SE, Washington, DC 20590.

U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

## Medical Examiner's Certificate
(for Commercial Driver Medical Certification)

I certify that I have examined **Last Name:** Pierre          **First Name:** Rodrigue                in accordance with *(please check only one)*:

☑ the Federal Motor Carrier Safety Regulations (49 CFR 391.41 391.43) and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)*; OR

☐ the Federal Motor Carrier Safety Regulations (49 CFR 391.41, 391.49) with any applicable State variances (which will only be valid for intrastate operations), and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)*:

☐ Wearing corrective lenses          ☐ Accompanied by a _____ waiver/exemption          ☐ Driving within an exempt intracity zone (49 CFR 391.62) *(Federal)*

☐ Wearing hearing aid          ☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate          ☐ Grandfathered from State requirements *(State)*

The information I have provided regarding this physical examination is true and complete. A complete Medical Examination Report Form,      **Medical Examiner's Certificate Expiration Date**
MCSA-5875, with any attachments, embodies my findings completely and correctly, and is on file in my office.          07/09/2027

**Medical Examiner's Signature** _____

**Medical Examiner's Telephone Number**          **Date Certificate Signed**
305-770-4500          07/09/2025

**Medical Examiner's Name** *(please print or type)*
Andrew Gordon M.D.

☑ MD          ☐ Physician Assistant          ☐ Advanced Practice Nurse
☐ DO          ☐ Chiropractor          ☐ Other Practitioner *(specify)*

**Medical Examiner's State License, Certificate, or Registration Number**          **Issuing State**          **National Registry Number**
ME 122670          FL          4995784791

**Driver's Signature** _____          **Driver's License Number**          **Issuing State/Province**
P600721734520          FL

**Driver's Address**          State/Province: FL          **CLP/CDL Applicant/Holder**
Street Address: 514 S 24th Ave. 431          City: HOLLYWOOD          Zip Code: 33020          ☐ Yes  ☑ No

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

Rev 3/27/25