**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-20696-DSW**

**RODRIGUE A. PIERRE,**

     **Plaintiff,**

**v.**

**IRON MOUNTAIN CORPORATION,**

     **Defendant.**

**SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is specially set for a two-day trial beginning on **October 4, 2027** in the Fort Lauderdale Division before Judge Detra Shaw-Wilder at 299 E. Broward Blvd., Courtroom 203D, Fort Lauderdale, Florida 33301. A **Status Conference** will be held at **10:00 a.m. on Thursday, July 22, 2027**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **10/15/2026** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **11/10/2026** |
| 3. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/10/2026** |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **2/26/2027** |
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **3/30/2027** |

| | |
|---|---|
| 6.   Fact discovery shall be completed by | **4/30/2027** |
| 7.   Expert discovery shall be completed by | **4/30/2027** |
| 8.   Dispositive motions, including those regarding summary judgment and Daubert, shall be filed by | **6/1/2027** |
| 9.   Mediation shall be completed by | **7/1/2027** |
| 10.   All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **7/27/2027** |
| 11.   Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **9/1/2027** |

**Motions**. Every motion filed in this case shall be accompanied by **one proposed original order granting** the motion. Each party shall be limited to filing one (1) motion in limine. Unless otherwise specified by the Court, every motion shall be double spaced in 12-point Times New Roman typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position**.

**Status Conferences.** The parties shall attend any status conference held in this matter by Zoom. Counsel shall enter their appearances using the following Zoom information: https://www.zoomgov.com/j/1610209698?pwd=psG2bqpLjScaRbH82EZDBLMuA0JQ2X.1. Meeting ID: 161 020 9698, Passcode: 767463. Please join the Zoom at least ten minutes before the status conference begins.

**Mediation.** The parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator

on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. Within **seven (7) days of mediation**, the parties are required to file a mediation report with the Court.

**Discovery.** The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above. The Court must approve all stipulations that would interfere with the schedule deadlines. *See* Fed. R. Civ. P. 29. In addition to the documents enumerated in Local Rule 26.1(b), the parties shall not file notices of deposition with the Court. Strict compliance with the Local Rules is expected, particularly with regard to motion practice. *See* S.D. Fla. L.R. 7.1.

**Discovery Disputes. No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed unless Judge Shaw-Wilder requests them.**

**Deposition Designations. Parties seeking to use deposition testimony at trial shall provide the Court with a full deposition transcript. The designations shall be color coded, with each party highlighting the deposition testimony it intends to use in a specific color. Objections to designations shall be included in the margins of the transcript.**

**Electronic Submission of Exhibits.** Pursuant to Local Rule 5.3(b)(2) regarding electronic submission of exhibits, counsel must file in the CM/ECF system electronic versions of documentary exhibits <u>within ten (10) days of the conclusion of the hearing or trial</u> in which they were introduced.[1] At the time of filing the electronic exhibits, an attorney for each party shall also

---

[1] This requirement excludes contraband and audio/video recordings. The filing party will file with the Clerk a CD, DVD, or other electronic medium containing a copy of any exhibit that is an audio or video recording.

complete and file the attached **Certification of Compliance re Admitted Evidence**. Electronically filed exhibits are subject to CM/ECF Administrative Procedures, Section 6, Redaction of Personal Information, Privacy Policy, and Inappropriate Materials. Failure to file the electronic exhibits and Certification of Compliance by the date enumerated above may result in the imposition of sanctions. Any original exhibits that have been returned to, or retained by, the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of the Court, the filing party must return the original exhibits to the Clerk of Court.

      **DONE AND ORDERED** at Fort Lauderdale, Florida, this 1st day of July 2026.

 

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc:     All Counsel of Record

4

## Schedule A

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 4 | Piklothy Shop | https://www.walmart.com/global/seller/101288596 |
| 6 | Alinwnia | https://www.walmart.com/global/seller/102507741 |
| 7 | CBDElite | https://www.walmart.com/global/seller/102478920 |
| 8 | GeMeng | https://www.walmart.com/global/seller/102748524 |
| 9 | Hengshu | https://www.walmart.com/global/seller/101636257 |
| 11 | LingGe | https://www.walmart.com/global/seller/102763561 |
| 12 | Preventy | https://www.walmart.com/global/seller/101260849 |
| 17 | Angdaxi | https://www.walmart.com/global/seller/102763415 |
| 19 | DARUNXUAN | https://www.walmart.com/global/seller/102785693 |
| 20 | DUCEN | https://www.walmart.com/global/seller/102858718 |
| 24 | Taohuayudianzi | https://www.walmart.com/global/seller/102862267 |
| 25 | XAOCENZE | https://www.walmart.com/global/seller/102774184 |
| 28 | Zhoujj | https://www.walmart.com/global/seller/102850838 |
| 34 | Ujhhagk | https://www.walmart.com/global/seller/102814731 |