# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

# FORT LAUDERDALE

**Case No.:** 1:26-cv-20696-DSW

**RODRIGUE A. PIERRE,**
Plaintiff,

v.

**IRON MOUNTAIN CORPORATION,**
Defendant.

_____/



FILED BY _____ _cwc_ _____ D.C.

JUL 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## PLAINTIFF'S NOTICE OF SERVING DISCOVERY RESPONSES AND DISCOVERY DEMANDS

Plaintiff, Rodrigue A. Pierre, proceeding *pro se*, hereby gives notice to the Court that on July 6, 2026, and supplemented on July 7, 2026, Plaintiff served the following discovery documents upon counsel for Defendant via electronic mail:

1. **Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories** (comprising responses to all 31 interrogatory questions, including the final Supplemental Response to Interrogatory No. 31).
2. **Plaintiff's First Request for Production of Documents to Defendant** (comprising 27 distinct production demands)
   Respectfully submitted,

