UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE
NO.: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

FILED BY _CwC_ D.C.

JUL 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case No. 1:26-cv-20696-DSW
Magistrate Judge Detra Shaw-Wilder

## PLAINTIFF'S MOTION FOR REFERRAL TO THE VOLUNTEER ATTORNEY PROGRAM

Plaintiff, *Rodrigue Pierre* proceeding *pro se*, respectfully moves this Court for an Order referring this matter to the District's Volunteer Attorney Program. In support of this Motion, Plaintiff states as follows:

1. Plaintiff is currently navigating this civil action under temporary financial exigencies that limit immediate disposable capital, rendering the standard costs of litigation an undue financial burden at this time.
2. As the case prepares to enter the discovery phase, Plaintiff requires the coordination and execution of critical oral depositions.
3. Defendant's counsel has indicated that the financial obligations associated with deposition discovery rest solely on the Plaintiff. The substantial upfront costs of hiring certified stenographers and court reporters create an immediate cost barrier that threatens to obstruct Plaintiff's access to vital evidence, and I informed defendant per courtesy defendant is aware of such request
4. Because an oral examination is essential to preserve the integrity of spontaneous testimony and properly develop the evidentiary record, Plaintiff requires the assistance of legal counsel to manage these proceedings.
5. A referral to the District's Volunteer Attorney Program would allow appointed pro bono counsel to step into this matter and utilize the Court's *Assistance with Litigation Expenses* fund to cover essential stenographer, court reporter, and discovery costs.

- This Motion is made in good faith, not for purposes of delay, but to ensure the efficient administration of justice, level the litigation playing field, and prevent temporary resource constraints from denying Plaintiff a fair opportunity to present their case. **Refer this matter** to the Court's Volunteer Attorney Program to be listed on the Court's Available Cases Registry so a volunteer bar member may assist solely with the discovery process.

- 

**WHEREFORE**, Plaintiff respectfully requests that this Court grant this Motion and enter an Order referring this matter to the Volunteer Attorney Program for the appointment of counsel to assist with upcoming discovery and deposition proceedings.

Dated: 07 - 08 - 2026

Respectfully submitted,